No. 14,498.

Stone et al. *v.* Bradford and Company.
(86 P. [2d] 1119)

Decided January 3, 1939.

Judgment affirmed en banc on application for supersedeas without written opinion, Mr. Justice Young and Mr. Justice Holland not participating.

Mr. L. Bernard Davis, for plaintiffs in error.

Mr. E. Clifford Heald, for defendant in error.